ACCEPTED
06-15-00193-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/2/2015 4:25:23 PM
DEBBIE AUTREY
CLERK

Appellate Docket Number:    06-15-00193-CR

Appellate Case Style: Style:    CAMERON MOORE

Vs.    State of Texas

Companion Case:

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

12/3/2015 8:08:00 AM

DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court:  6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Cameron | ☒ Lead Attorney |
| Middle Name: Kelly | First Name: Gena |
| Last Name: Moore | Middle Name: |
| Suffix: | Last Name: Bunn |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☐ District/County Attorney |
| Pro Se: ◯ | ☒ Retained ☐ Public Defender |
| | Firm Name: Holmes & Moore, P.L.L.C. |
| | Address 1: P.O. Drawer 3267 |
| | Address 2: |
| | City: Longview |
| | State: Texas  Zip+4: 75606 |
| | Telephone: (903)758-2200  ext. |
| | Fax: (903)758-7864 |
| | Email: gbunn@holmesmoore.com and creese@holmesmoore. |
| | SBN: 00790323 |

Add Another Appellant/
Attorney

## III. Appellee

First Name: The State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ◯

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Charles

Middle Name: C.

Last Name: Bailey

Suffix:

☐ Appointed          ☒ District/County Attorney

☐ Retained          ☐ Public Defender

Firm Name: Camp County District Attorney

Address 1: P.O. Box 249

Address 2:

City: Mount Pleasant

State: Texas          Zip+4: 75456

Telephone: (903)577-6726          ext.

Fax: (903)577-6729

Email: dacbailey@hotmail.com

SBN:

Add Another Appellee/Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Burglary

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: 08/18/2015

Offense charged: Burglary of a Habitation- F2

Date of offense: April 30, 2015

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: 11/10/2015

If mailed to the trial court clerk, also give the date mailed :

11/09/2015

Punishment assessed: 17 years TDCJ-ID

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No    If yes, date filed: 09/16/2015

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☒ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☒ No ☐ NA    If yes, date filed:

Date of hearing:          ☒ NA

Date of order:          ☒ NA

Ruling on motion: ☐ Granted ☐ Denied ☒ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 76th Judicial District

County: Camp

Trial Court Docket Number (Cause no): CF15-1571

Trial Court Judge (who tried or disposed of the case):

First Name: Kerry

Middle Name: Danny

Last Name: Woodson

Suffix:

Address 1: 126 Church St.

Address 2:

City: Pittsburg

State: Texas     Zip + 4: 75686

Telephone: (903)856-3221   ext.

Fax: (903)856-0560

Email: campcountydistrict1@yahoo.com

Clerk's Record:

Trial Court Clerk: ☒ District ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: 11/09/2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☒ Yes ☐ No ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: 09/15/2015

Were payment arrangements made with the court reporter/court recorder? ☒ Yes ☐ No ☐ Indigent

---

☒ Court Reporter     ☐ Court Recorder
☐ Official     ☐ Substitute

First Name: Cresta

Middle Name:

Last Name: LeFevre

Suffix:

Address 1: P.O. Box 1617

Address 2:

City: Mount Pleasant

State: Texas     Zip + 4: 75456

Telephone: (903)285-4035   ext.

Fax:

Email: crestalefevre@gmail.com

## 1X.  Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [redacted]                                           Court: [redacted]

Style: [redacted]

    Vs.    State of Texas

## X.  Signature

_Signature_

Signature of counsel (or Pro Se  Party)                          Date:  12/02/2015

_Gena Bunn_

Printed Name:                                                    State Bar No: 00790323

Electronic Signature:  s/ Gena Bunn                             Name:  Gena Bunn
    (Optional)

## XI.  Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  12/02/2015  .

_Signature_

Signature of counsel (or pro se party)           Electronic  Signature:  s/ Gena Bunn
    (Optional)

    State Bar No.:  00790323

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: 12/02/2015

Manner Served: Email

First Name: Charles

Middle Name: C.

Last Name: Bailey

Suffix:

Law Firm Name: Camp County District Attorney

Address 1: P.O. Box 249

Address 2:

City: Mount Pleasant

State Texas    Zip+4: 75456

Telephone: (903)577-6726    ext.

Fax: (903)577-6729

Email: dacbailey@hotmail.com